ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Scott K. Dauscher, State Bar No. 204105
Elizabeth P. Lind, State Bar No. 142309
5075 Hopyard Road, Suite 210
Pleasanton, California 94588
Telephone: (925) 227-9200
Facsimile: (925) 227-9202

Attorneys for Defendant RALEY'S

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER PETER,<br><br>           Plaintiff,<br><br>vs.<br><br>RALEY'S,<br><br>           Defendant. | CASE NO.:   2:10-CV-00963-WBS-KJN<br><br>**STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINE; [PROPOSED ORDER]**<br><br>COMPLAINT FILED:  April 21, 2010<br>TRIAL DATE: January 18, 2012 |

COME NOW, Plaintiff JENNIFER PETER and Defendant RALEY'S by and through their attorneys of record, to stipulate to extend the deadline for expert witness disclosures, required by FRCP section 26(a)(2) and the Court's Status (Pretrial Scheduling) Order dated October 1, 2010.

The parties are in general agreement that it would be prudent for Plaintiff to complete the deposition of a particular third party witness (Mindy Streeter) prior to proceeding with the more costly process of selecting expert witnesses.  Unfortunately, however, Plaintiff has run into several unanticipated delays in scheduling the deposition of this third party witness.

Accordingly, the parties hereby stipulate to extend the deadline for expert witness disclosure and production of expert reports from Wednesday, March 2, 2011 to and including

Friday, September 2, 2011.  The parties further stipulate, in this regard, to extend the deadline for expert-related discovery (including the depositions of identified experts) from Friday, July 1, 2011 to Friday, November 4, 2011.

IT IS SO STIPULATED.

                                                  Respectfully submitted,

DATED:  February __, 2011    ATKINSON, ANDELSON, LOYA
                                                  RUUD & ROMO

                                                  By:  /s/
                                                        Elizabeth P. Lind
                                                        Attorneys for RALEY'S

DATED:  February __, 2011    LAW OFFICE OF RICHARD M. ROGERS

                                                  By:  /s/
                                                        Richard M. Rogers
                                                        Attorneys for JENNIFER PETER

IT IS SO ORDERED.

DATED:  February 28, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE