IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JENNIFER PETER,

        Plaintiff,                    No. 2:10-cv-00963 WBS KJN

      v.

RALEY'S,

        Defendant.              <u>ORDER</u>

_____/

        Presently before the court is plaintiff's counsel's application for permission to appear telephonically at the hearing on plaintiff's motion to compel a third-party witness to attend her own third-party deposition. (Dkt. No. 19.) Defendant has filed a statement of non-opposition in regards to the motion. IT IS HEREBY ORDERED that:

        1.    Plaintiff's counsel's request to appear by telephone at the hearing on plaintiff's motion to compel, which is set for April 7, 2011, is granted.

        2.    <u>Plaintiff's counsel shall promptly contact Courtroom Deputy Matt Caspar at (916) 930-4187 and provide Mr. Caspar with the number for a dedicated, hard telephone line</u>

////

////

////

1  at which the court may contact plaintiff's counsel at the time of the hearing.

2          IT IS SO ORDERED.

3  DATED: March 7, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE