**RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
100 Bush Street, #1980
San Francisco, CA 94104
Telephone: 415/981-9788
Facsimile: 415/981-9798
Email: RogersRMR@aol.com

Attorneys for Plaintiff
**JENNIFER PETER**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER PETER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RALEY'S,<br><br>　　　　Defendant. | Case No.: 2:10-CV-00963-WBS-KJN<br><br>Case filed: 04/21/10<br>Trial date: 01/18/12<br><br>**STIPULATION TO DISMISSAL** |

The parties hereto stipulate to a dismissal of this action with prejudice.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:___4-6-11_____　　LAW OFFICE OF RICHARD M. ROGERS


　　　　　　　　　　　　　　　　　By:___/s/_____
　　　　　　　　　　　　　　　　　　　　RICHARD M. ROGERS
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Dated:___4-6-11_____　　ATKINSON ANDELSON LOYA RUDD & ROMO



　　　　　　　　　　　　　　　　　By:___/s/_____
　　　　　　　　　　　　　　　　　　　　ELIZABETH P. LIND
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

1
2       **IT IS SO ORDERED.**
3
4  Dated: April 8, 2011
5
6                                    WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28